IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-cv-06167 |
| GEORGE GRIGORELLIS, | ) |
| MARIBEL DIAZ, | ) |
| JP MORGAN CHASE BANK, NA, | ) |
| FIA CARD SERVICES, NA, | ) |
| Defendants. | ) |

## ORDER

Having considered the United States' motion for default judgment together with the memorandum of law in support thereof, and ~~having further considered Defendants' opposition, if any~~, *no opposition having been filed,* the Court concludes that the motion should be granted.

Accordingly, it is ORDERED as follows:

1. That the United States' motion for default judgment against Defendants JP Morgan Chase Bank, NA and FIA Card Services, NA is granted;

//

//

//

1

2. The Clerk is ordered to enter judgment against Defendants JP Morgan Chase Bank, NA and FIA Card Services, NA adjudicating that they do not have any interest in the real property at issue in this action located at 1111 Briar Way, Fort Lee, New Jersey.

Dated this 12 day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE
Jose L. Linares, U.S.D.J.